# United States District Court
# Western District of North Carolina
# Asheville Division

| | |
|---|---|
| DENISE H. REYNOLDS; DONALD F. REYNOLDS; DONALD REYNOLDS; and ONETA B. REYNOLDS, <br><br> Plaintiffs, <br><br> vs. <br><br> BETHEEN A. AMUNDSEN; BIRDSONG HOMEOWNERS ASSOCIATION INC.; PAUL R. ERICKSON; MICHELE R. SHLANSKY; MARILYN MARGARET MCCARTHY; ELENA KAPLAN; JAMES R. HARKINS; and STEPHANIE C. BRUNDAGE, <br><br> Defendants. | JUDGMENT IN CASE <br><br> 1:15-cv-00185-MR-DCK |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 23, 2016 Order.

February 23, 2016

Frank G. Johns, Clerk
United States District Court